**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MXGO TECHNOLOGIES, INC.<br><br>　　PLAINTIFF,<br><br>　v.<br><br>1&1 MAIL & MEDIA, INC. D/B/A MAIL.COM;<br>BIGFOOT COMMUNICATIONS LLC D/B/A BIGFOOT COMMUNICATIONS LTD. D/B/A BIGFOOT FOR LIFE, INC.<br>GODADDY.COM, INC.;<br>J2 GLOBAL COMMUNICATIONS, INC. D/B/A FUSEMAIL;<br>ELECTRIC MAIL (INTERNATIONAL) L.P. D/B/A ELECTRIC MAIL D/B/A FUSEMAIL D/B/A M4 INTERNET D/B/A CAMPAIGNCONNECT;<br>MAIL2WORLD, INC.;<br>MAILCENTRO, INC. D/B/A WEBBOX D/B/A PRONTOMAIL D/B/A/ BRANDMAKERS, INC.;<br>NETWORK SOLUTIONS, LLC;<br>RACKSPACE US, INC. D/B/A RACKMAIL;<br><br>　　DEFENDANTS. | NO. 2:11-cv-00413-RG<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST BIGFOOT COMMUNICATIONS D/B/A BIGFOOT COMMUNICATIONS LTD. D/B/A BIGFOOT FOR LIFE, INC.

　　Before the Court is Plaintiffs MXGO TECHNOLOGIES, INC. Motion for Clerk's Entry of Default against Defendant Bigfoot Communications d/b/a Bigfoot Communications Ltd. d/b/a Bigfoot For Life, Inc. ("Bigfoot") pursuant to Rule 55(a). Having considered the matter, the Court GRANTS the motion. Accordingly, it is hereby ORDERED that the Clerk enter default judgment against Bigfoot.

　　**SIGNED this 9th day of April, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE